**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROBERT W. RHODES, III and <br> MARY H. RHODES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-1840 (EGS) <br> ) <br> ) <br> ) <br> ) |

### ORDER

    This matter is before the Court on defendant's motion to dismiss the complaint.  Plaintiffs are proceeding *pro se*.

    In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  Id. at 509.  In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded."  Local Civil Rule 7(b).  Accordingly, it is

    **ORDERED** that plaintiffs shall respond to defendant's motion to dismiss by no later than **FEBRUARY 19, 2007**.  If plaintiffs do not respond within the time provided, the Court will treat the motion as

conceded and dismiss the complaint.

**Signed:**    **Emmet G. Sullivan**
          **United States District Judge**
          **January 18, 2007**