```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                        )
ROBERT W. RHODES, III and               )
MARY H. RHODES,                         )
                                        )
          Plaintiffs,                   )
                                        )
     v.                                 )  Civil Action No. 06-1840 (EGS)
                                        )
UNITED STATES,                          )
                                        )
          Defendant.                    )
_____ )

## ORDER

For the reasons articulated in the court's memorandum opinion issued this same day, it is hereby

**ORDERED** that the government's motion to dismiss is **GRANTED**; and it is

**FURTHER ORDERED** that the plaintiffs' claims are **DISMISSED with prejudice**.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

This court will issue a Memorandum Opinion with the reasoning behind its Order in due course.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          September 28, 2007**