**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
ROBERT W. RHODES, III and     )
MARY H. RHODES,               )
                              )
          Plaintiffs,         )
                              )
     v.                       )  Civil Action No. 06-1840 (EGS)
                              )
UNITED STATES,                )
                              )
          Defendant.          )
_____)
```

### ORDER

For the reasons articulated in the Court's memorandum opinion issued on October 31, 2007, it is hereby

**ORDERED** that the government's motion to dismiss is **GRANTED**; and it is

**FURTHER ORDERED** that the plaintiffs' claims are **DISMISSED with prejudice**.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**           United States District Judge**
**           October 31, 2007**